| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUIRRE, JESUS MANUEL AVALOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-08628-PA-AS<br><br>Judge: Hon. Percy Anderson<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

**ORDER**

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: October 2, 2025      _____

Percy Anderson
United States District Judge